NEW YORK PRACTICE REPORTS. 227

N. Y. Mutual Gas-light Co. agt. Mayor, &c., of N. Y.

## SUPREME COURT.

THE NEW YORK MUTUAL GAS-LIGHT COMPANY agt. THE
MAYOR, &C., OF THE CITY OF NEW YORK.

*Frivolous answer.*

An answer by the city of New York to a complaint on contract for a claim
for gas used by the department of parks, that the appropriation was
exhausted, and that the claim had been incurred, if at all, by the depart-
ment of parks in excess of the amount appropriated, *held*, frivolous.

*New York, Chambers, July,* 1875.

THE New York Mutual Gas-light Company contracted with
the department of public parks to light the lamps in the
parks and squares for $36.50 per lamp. This contract was
made on the 31st of April, 1873. A short time ago the com-
pany presented a bill for $2,865.12, amount due on the
contract from January, 1874, which the comptroller refused
to pay. Suit for its recovery was brought in the supreme
court, and the city put in an answer that the appropriation
was exhausted, and that the claim had been incurred, if at
all, by the department of parks in excess of the amount
appropriated. The plaintiff's counsel moved to strike out
portions of the answer as frivolous and irrelevant, and to
make it more definite.

DONOHUE, *J.* — I. The first defense is sham. It is substan-
tially that it is not convenient to pay.

II. The second defense is also frivolous. *a.* It is in the
alternative. *b.* It does not state that there was no appropria-

tion in the treasury when the contract was made, which is the only defense allowed by the law.

III. If the second defense be not frivolous, then the defendant should be compelled to make it specific by alleging the amount of the appropriation and how it has been spent.